

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00020-CV

| | | |
|---|---|---|
| DAVID MCDEVITT, Appellant | § | On Appeal from the 348th District Court |
| V. | § | of Tarrant County (348-332642-22) |
| | § | January 30, 2025 |
| SARAH HILL, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court granting summary judgment. It is ordered that the summary judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Sarah Hill shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker